Oscar ROSSETT, Jr., Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 03–3023.

United States Court of Appeals,
Federal Circuit.

Dec. 18, 2002.

**ORDER**

Order Vacated, See 2003 WL 103060.

320

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.